IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEPHAS KNOWLES,

    Petitioner,

v.                                                     CASE NO. 4:05-cv-00004-MP-AK

CHARLIE CRIST,
WILLIE FLOYD,
SECRETARY FOR THE DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that the petition for writ of habeas corpus be denied, and this case be dismissed with prejudice. Objections to Report and Recommendation were due by July 29, 2005, but none were filed. The Court agrees that petitioner's conviction in state court became final on December 27, 2001, and thus he had one year from that date to file a motion in this court. The state 3.850 motion he filed more than a year after his conviction became final did not toll any deadline, since it had already expired. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is dismissed with prejudice, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  _7th_  day of October, 2005



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge